

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 14, 2020

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re: United States v. Frank Brown, a/k/a "Nitty," et al., 20 Cr. 444**

Dear Judge McCarthy,

    The Government respectfully requests that the currently sealed indictment in the above referenced case be unsealed.

                Very truly yours,

                AUDREY STRAUSS
                Acting United States Attorney

by: _____
                Benjamin A. Gianforti
                Assistant United States Attorney
                (914) 993-1919

SO ORDERED

_Judith C. McCarthy_  9-14-2020
Judith C. McCarthy
United States Magistrate Judge