UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Frank Brown

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20   -CR-   444 (UA)

Defendant __Frank Brown_____ hereby voluntarily consents to participate in the following proceeding via __x__ videoconferencing or __x__ teleconferencing:

__x__   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

(Mr. Brown authorized Benjamin Gold to electronically sign on his behalf during a phone call on September 11, 2020)

*Frank Brown*_____          ___*Ben G*_____
Defendant's Signature                                       Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Frank Brown_____          __Benjamin Gold_____
Print Defendant's Name                                      Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__9-11-2020_____                   ___*Judith C. McCarthy*_____
Date                                                                 U.S. District Judge/U.S. Magistrate Judge