UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

FRANK BROWN, PEDRO RAINEY, JOSEPH
SCOTT, TONYA BROWN, and RAYMOND
BROWN

          Defendants.
----------------------------------------------------------------x

**ORDER**

20 CR 444 (VB)

      A status conference in this matter is scheduled for <u>October 7, 2020, at 3:00 p.m.</u>  Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel.

      Accordingly, it is hereby ORDERED:

      1.    By September 30, 2020, defense counsel shall advise the Court in writing as to whether his or her client waives his or her right to be physically present and consents to appear by telephone.

      2.    At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number: (888) 363-4749 (toll free) <u>or</u> (215) 446-3662**
      **Access Code: 1703567**

Dated: September 18, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge