UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

UNITED STATES OF AMERICA,

-against-

Frank Brown

                                    Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20   -CR-   444-l (VB)

Defendant _Frank Brown_____ hereby voluntarily consents to participate in the following proceeding via _xx_ videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

xx      Conference Before a Judicial Officer currently scheduled for December 10, 2020

(During a telephone call on November 25, 2020, Frank Brown authorized Benjamin Gold to place his digital signature on this form)

_Frank Brown_____

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Frank Brown_____
Print Defendant's Name

_____

Defendant's Counsel's Signature

_Benjamin Gold_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_12/10/20_____
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~