UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.                                                                          **ORDER**

FRANK BROWN, PEDRO RAINEY, JOSEPH            20 CR 444 (VB)
SCOTT, TONYA BROWN, and RAYMOND
BROWN,
                              Defendants.
--------------------------------------------------------------x

A status conference in this matter is scheduled for February 12, 2021 at 9:00 a.m. Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

1.      By February 5, 2021, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

2.      At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

**Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**

**Access Code: 1703567**

Dated:   December 10, 2020
         White Plains, NY

                                                SO ORDERED:

                                                _____
                                                Vincent L. Briccetti
                                                United States District Judge