UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY**
                                             **VIDEO OR TELE CONFERENCE**
-against-

Frank Brown                                  20 Cr. 444 (VB)
                Defendant(s).
------------------------------------------------------------X

Defendant Frank Brown hereby voluntarily consents to participate in the following proceeding via ☒ ~~videoconferencing or~~ ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☒   Conference Before a Judicial Officer (currently scheduled for February 12, 2021)

(During a phone call on January 29, 2021, Mr. Brown authorized Benjamin Gold to digitally sign this consent form on his behalf)

_Frank Brown (by VB)_
_Frank Brown_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Ben G_
Defendant's Counsel's Signature

Frank Brown                                  Benjamin Gold
Print Defendant's Name                       Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/12/21
Date                                         U.S. District Judge/~~U.S. Magistrate Judge~~

2/12/21