UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Frank Brown

                              Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 444 (VLB)

*[Stamp: JUDGE BRICCETTI DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 4/9/21]*

Defendant __Frank Brown_____ hereby voluntarily consents to participate in the following proceeding via __xx__ videoconferencing or __xx__ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

__xx__ Conference Before a Judicial Officer currently scheduled for April 9, 2021.

(On April 1, 2021, Frank Brown authorized Benjamin Gold to place his digital signature on this form)

*Frank Brown (by VB)*
__*Frank Brown*_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__B—G_____
Defendant's Counsel's Signature

__Frank Brown_____
Print Defendant's Name

__Benjamin Gold_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__4/9/21_____
Date

__[signature]_____
U.S. District Judge/~~U.S. Magistrate Judge~~