USDC SDNY
DOCUMENT
ELECTRONICAL..
DOC #:
DATE FILED: 5/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

UNITED STATES OF AMERICA,

-against-

Frank Brown
                              Defendant(s).
-----------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 444 (VLB)

Defendant _Frank Brown_____ hereby voluntarily consents to participate in the following proceeding via _xx_ videoconferencing or _xx_ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

_xx_     Conference Before a Judicial Officer currently scheduled for May 21, 2021.

(On May 13, 2021, Frank Brown authorized Benjamin Gold to place his digital signature on this form)

_Frank Brown (by BG)_
_Frank Brown_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_BG_
Defendant's Counsel's Signature

_Frank Brown_____
Print Defendant's Name

_Benjamin Gold_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_5/21/21_
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~