UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Frank Brown

                              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 444   (VLB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2021

Defendant _Frank Brown_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _xx_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_xx_ Conference Before a Judicial Officer scheduled for June 25, 2021.

(On June 4, 2021, Frank Brown authorized Benjamin Gold to place his digital signature on this form)

_Frank Brown (by WB)_____          _Ben G_____
Defendant's Signature                                      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Frank Brown_____                     _Benjamin Gold_____
Print Defendant's Name                              Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_6/25/21_____                                           _____
Date                                                                 U.S. District Judge/~~U.S. Magistrate Judge~~