UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.                                                                           **ORDER**

FRANK BROWN, PEDRO RAINEY, and                      20 CR 444 (VB)
TONYA BROWN,
                Defendants.
------------------------------------------------------------x

As set forth on the record at today's conference, which was attended by defendants Frank Brown and Tonya Brown and their counsel, as well as government counsel:

1. Rule 404(b) evidence shall be disclosed by no later than February 28, 2022.

3. Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by February 28, 2022. Opposition to any motions in limine shall be filed by March 14, 2022. No replies will be permitted absent prior permission from the Court.

4. Proposed voir dire and requests to charge shall be filed by March 14, 2022. The parties are encouraged, to the extent possible, to agree on requests to charge.

5. On the consent of the government, 3500 material and Giglio material shall be produced by March 14, 2022.

6. Marked government case-in-chief exhibits shall be produced by March 14, 2022.

7. The final pre-trial conference is scheduled for **March 21, 2022 at 3:00 p.m.**

8. Jury selection and trial are tentatively scheduled for **March 28, 2022, at 9:30 a.m.**

9. For the reasons stated on the record today, time is excluded under the Speedy Trial Act in the interest of justice through March 21, 2022.

Dated: October 21, 2021
       White Plains, NY                    SO ORDERED:

                                                    Vincent L. Briccetti
                                                    United States District Judge