UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

FRANK BROWN and PEDRO RAINEY,
        Defendants.
------------------------------------------------------------x

**ORDER**

20 CR 444 (VB)

FILED: 12/8/21

    At the pretrial conferences on October 21 and November 3, 2021, the Court tentatively scheduled this case for trial on March 28, 2022. (Doc. #131). The parties are advised that March 28, 2022, is now a firm date for jury selection and trial.

    **To be clear, this case will proceed to jury selection and trial on March 28, 2022, at 9:30 a.m.**

    The final pretrial conference remains scheduled for March 21, 2022, at 3:00 p.m., in person at the courthouse (Courtroom 620).

    All other dates and deadlines set forth in the October 21 Order (Doc. #131) remain the same.

Dated: December 8, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge