# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

<u>Via E-mail and ECF</u>

December 9, 2021

The Honorable Vincent L. Briccetti
District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **APPLICATION GRANTED**
> **SO ORDERED:**
>
> /s/ Vincent L. Briccetti
> Vincent L. Briccetti, U.S.D.J.
> Dated: 12/9/21
> White Plains, NY
>
> Defendant Frank Brown's motion to suppress is withdrawn without prejudice.

Re: United States v. Frank Brown, et al.
    20 Cr. 444 (VLB)

Dear Honorable Briccetti:

I represent Frank Brown in the above referenced case. As you know, on August 25, 2021, I filed a motion to suppress Frank Brown's post-arrest statements. That motion is still pending and the Government's response is due shortly. The Government has extended a plea-agreement to Mr. Brown and Mr. Brown has informed me that he plans to accept this offer. The plea is scheduled for January 4, 2022 at 10:00am. Under these circumstances, I believe that further litigation of this motion would be a waste of judicial and governmental resources. As such, I ask that Your Honor please allow me to withdraw – without prejudice – this suppression motion.

Thank you very much for your consideration.

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

cc: AUSA Benjamin Gianforti