> APPLICATION GRANTED:
>
> The sentencing currently scheduled for June 15, 2022, is **adjourned to July 18, 2022, at 3:00 p.m.**
>
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.,
> June 13, 2022

**BY EMAIL & ECF**

The Honorable Vincent Briccetti
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Frank Brown, a/k/a "Nitty," et al.</u>, S1 20 Cr. 444 (VB)

Dear Judge Briccetti:

    The parties write jointly to seek an adjournment of defendant Frank Brown's sentencing, currently scheduled for June 15, 2022 at 11:30 a.m., due to a Covid-related concern. In consultation with Chambers, the parties understand that the Court is next available on July 18, 2022 at 3:00 p.m.

                                      Very truly yours,

                                      DAMIAN WILLIAMS
                                    United States Attorney

                      by: _____
                                    Benjamin A. Gianforti
                                    Assistant United States Attorney
                                    (646) 856-5190

cc:    *Ben Gold, Esq., counsel to Frank Brown (by ECF & email)*