UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA :
:
v. :
:
FRANK BROWN, :
Defendant. :

-----------------------------------------------------x

**ORDER**

S1 20 CR 444-1 (VB)

By motion dated September 15, 2026, defendant Frank Brown requests copies of various records and documents related to his criminal case. (Doc. # 253). Brown does not explain why he needs the requested documents more than four years after he was sentenced and the case was closed.

In any event, Benjamin D. Gold, Esq., of the Federal Defenders of New York, who represented Brown during his criminal case, is directed to respond to Brown's letter and to provide an update to the Court regarding same by October 22, 2026.

Chambers will mail a copy of this order to Brown at the following address:

Frank Brown, ID #2025-02738
Orange County Jail
110 Wells Farm Road
Goshen, NY 10924

Dated: September 22, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge